43 A.3d 1286

**ESTATE OF Leo I. SANDERS, Deceased.**

**Petition of: Joseph Jennings, Executor Of The Estate Of Leo I. Sanders, Deceased.**

**No. 9 EM 2012.**

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

43 A.3d 1286

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Yokoe KABBAH, Petitioner.**

**No. 2 EM 2012.**

Supreme Court of Pennsylvania.

May 7, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of May, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.